FILED
APR 27 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:22CR232 HEA/SRW |
| DARNELL L. CLEMONS, ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
### (Possession of a Firearm by a Convicted Felon)

On or about December 8, 2021, in St. Louis County, within the Eastern District of Missouri, the Defendant,

**DARNELL L. CLEMONS,**

knowing he previously had been convicted of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms, which had traveled in interstate or foreign commerce—in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
ZACHARY M. BLUESTONE, #69004MO
Assistant United States Attorney