UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22CR232 HEA |
| DARNELL L. CLEMONS, | ) ) ) |
| Defendant. | ) ) |

# ORDER

This matter is before the Court on the Reports and Recommendations of Magistrate Judge Stephen R. Welby addressing Defendant's pretrial motions. In his February 13, 2024 Report and Recommendation, Judge Welby recommended that Defendant's Motions be denied.  Defendant has withdrawn his written objections to this recommendation.

Judge Welby thoroughly analyzes the law and facts in this matter  His recommendations are based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Sever (ECF No. 55) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence (ECF No. 56) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements (ECF No. 57) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Counts Three, Four, and Five (ECF No. 60) is **DENIED**.

Dated this 9th Day of April, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE